SCOTT A. MEEHAN, ESQ.  Sbn #139314
malibupictures@earthlink.net
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
(818) 707-0338
(818) 707-0339 fax

Attorney for Plaintiff
Scared Movie, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARED MOVIE, LLC<br><br>               Plaintiff,<br><br>   v.<br><br>CHARLES BAND, FULL MOON EMPIRE, INC., FULL MOON FEATURES, FULL MOON DIRECT, FULL MOON AMAZON CHANNEL, and DOES 1 through 20, inclusive,<br><br>               Defendants. | Case No. 2:20-CV-3984<br><br>PLAINTIFF'S CORPORATE DISCLOSURE AND NOTICE OF INTERESTED PARTIES [FRCP 7.1; LOCAL CIVIL RULE 7.1-1] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiff Scared Movie, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1. Plaintiff Scared Movie, LLC;

    2. Defendant Charles Band;

    3. Defendant Full Moon Empire, Inc.;

    4. Defendant Full Moon Features;

5. Defendant Full Moon Direct;

6. Defendant Full Moon Amazon Channel.

Dated: April 28, 2020         SCOTT A. MEEHAN, ESQ.

By:    /s/*Scott A. Meehan*
       Scott A. Meehan
Attorney for Plaintiff Scared Movie, LLC