1  EDWARD E. WEIMAN (State Bar No. 193290)
     eweiman@wrslawyers.com
2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
3  Los Angeles, California 90064-1582
   Telephone:  (310) 478-4100
4  Facsimile:   (310) 479-1422

5  Attorneys for Defendants CHARLES
   BAND, FULL MOON EMPIRE, INC.,
6  FULL MOON FEATURES, FULL
   MOON DIRECT, and FULL MOON
7  AMAZON CHANNEL

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | SCARED MOVIE, LLC,                | Case No. 2:20-cv-03984-AFM
12 |         Plaintiff,                | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
13 |    vs.                            | Honorable Alexander F. MacKinnon
14 | CHARLES BAND, FULL MOON
   | EMPIRE, INC., FULL MOON
15 | FEATURES, FULL MOON DIRECT,
   | FULL MOON AMAZON CHANNEL,
16 | and DOES 1 through 20, inclusive,
   |                                   | Date Filed:   April 30, 2020
17 |         Defendants.               | Trial Date:   None

1  Plaintiff Scared Movie, LLC ("Plaintiff") and Defendants Charles Band, Full
2  Moon Empire, Inc., Full Moon Features, Full Moon Direct, and Full Moon Amazon
3  Channel (collectively, "Defendants") hereby stipulate, through their respective
4  counsel of record, and subject to the approval of the Court, as follows:

5  1. Plaintiff filed the complaint in this action on April 30, 2020;

6  2. Defendants agreed to accept service of the complaint by Notices and
7  Acknowledgments of Receipt executed and returned to counsel for Plaintiff on
8  June 22, 2020;

9  3. The deadline for Defendants to respond to the complaint is currently
10 July 13, 2020;

11 4. In order to determine whether an informal resolution of this matter is
12 possible, Plaintiff has agreed to extend the deadline for Defendants to respond to the
13 complaint by twenty-one (21) days, i.e., from July 13, 2020, to August 3, 2020.

DATED: June 29, 2020            SCOTT A. MEEHAN, ATTORNEY AT LAW


                                By:      /s/ Edward E. Weiman
                                     SCOTT A. MEEHAN
                                Attorneys for Plaintiff SCARED MOVIE, LLC


DATED: June 29, 2020            WOLF, RIFKIN, SHAPIRO,
                                SCHULMAN & RABKIN, LLP


                                By:      /s/ Edward E. Weiman
                                     EDWARD E. WEIMAN
                                Attorneys for Defendants CHARLES BAND,
                                FULL MOON EMPIRE, INC., FULL MOON
                                FEATURES, FULL MOON DIRECT, and
                                FULL MOON AMAZON CHANNEL

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Edward E. Weiman, attest that counsel for Plaintiff provided his authority and concurrence to file the instant document and place his electronic signature on the document set forth above.

DATED: June 29, 2020         WOLF, RIFKIN, SHAPIRO,
                             SCHULMAN & RABKIN, LLP


                             By:      /s/ Edward E. Weiman
                                   EDWARD E. WEIMAN
                             Attorneys for Defendants CHARLES BAND,
                             FULL MOON EMPIRE, INC., FULL MOON
                             FEATURES, FULL MOON DIRECT, and
                             FULL MOON AMAZON CHANNEL