1 | EDWARD E. WEIMAN (State Bar No. 193290)
    eweiman@wrslawyers.com
2 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
    11400 West Olympic Boulevard, 9th Floor
3 | Los Angeles, California 90064-1582
    Telephone: (310) 478-4100
4 | Facsimile: (310) 479-1422

5 | Attorneys for Defendants CHARLES
    BAND, FULL MOON EMPIRE, INC.,
6 | FULL MOON FEATURES, FULL
    MOON DIRECT, and FULL MOON
7 | AMAZON CHANNEL

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 |

11 | SCARED MOVIE, LLC,                             Case No. 2:20-cv-03984-AFM

12 |         Plaintiff,                             Hon. Alexander F. MacKinnon

13 |    vs.                                         ANSWER TO COMPLAINT

14 | CHARLES BAND, FULL MOON
     EMPIRE, INC., FULL MOON
15 | FEATURES, FULL MOON DIRECT,
     FULL MOON AMAZON CHANNEL,
16 | and DOES 1 through 20, inclusive,
                                                    Date Filed:  April 30, 2020
17 |         Defendants.                            Trial Date:  None

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

ANSWER TO COMPLAINT

Defendants Charles Band, Full Moon Empire, Inc., Full Moon Features, Full Moon Direct, and Full Moon Amazon Channel (collectively, "Defendants") hereby answer the Complaint of Plaintiff SCARED MOVIE, LLC ("Plaintiff") as follows:

## GENERAL DENIAL

Pursuant to Federal Rule of Civil Procedure 8(b)(3), and except as otherwise expressly admitted, Defendants deny each and every allegation of the Complaint, including, without limitation, all allegations contained in the preamble, headings, or subheadings of the Complaint. Allegations in the Complaint to which no responsive pleading is required shall be deemed denied. Defendants expressly reserve the right to modify, amend or supplement their Answer as may be necessary.

## ANSWER TO ALLEGATIONS OF COMPLAINT

## NATURE OF THE ACTION

1. In answering paragraph 1 of the Complaint, Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph, and therefore deny these allegations.

## JURISDICTION AND VENUE

2. In answering paragraph 2 of the Complaint, Defendants admit the allegations in this paragraph.

3. In answering paragraph 3 of the Complaint, Defendants admit that venue is proper in this district and that this Court has personal jurisdiction over Defendants. Defendants deny the remainder of the allegations in this paragraph.

4. In answering paragraph 4 of the Complaint, Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph, and therefore deny these allegations.

5. In answering paragraph 5 of the Complaint, Defendants admit that Charles Band resides in Los Angeles County. Defendants deny the remainder of the allegations in this paragraph, as phrased.

/ / /

6. In answering paragraph 6 of the Complaint, Defendants admit the allegations in this paragraph.

7. In answering paragraph 7 of the Complaint, Defendants deny the allegations in this paragraph.

8. In answering paragraph 8 of the Complaint, Defendants deny the allegations in this paragraph.

9. In answering paragraph 9 of the Complaint, Defendants deny the allegations in this paragraph.

10. In answering paragraph 10 of the Complaint, Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph, and therefore deny these allegations.

## BACKGROUND FACTS

11. In answering paragraph 11 of the Complaint, Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph, and therefore deny these allegations.

12. In answering paragraph 12 of the Complaint, Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph, and therefore deny these allegations.

13. In answering paragraph 13 of the Complaint, Defendants deny the allegations in this paragraph.

14. In answering paragraph 14 of the Complaint, Defendants deny the allegations in this paragraph.

15. In answering paragraph 15 of the Complaint, Defendants deny the allegations in this paragraph.

16. In answering paragraph 16 of the Complaint, Defendants deny the allegations in this paragraph.

17. In answering paragraph 17 of the Complaint, Defendants deny the allegations in this paragraph.

18. In answering paragraph 18 of the Complaint, Defendants deny the allegations in this paragraph.

19. In answering paragraph 19 of the Complaint, Defendants deny the allegations in this paragraph.

## FIRST CAUSE OF ACTION

20. In answering paragraph 20 of the Complaint, Defendants deny the allegations in this paragraph.

21. In answering paragraph 21 of the Complaint, Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph, and therefore deny these allegations.

22. In answering paragraph 22 of the Complaint, Defendants are without information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph, and therefore deny these allegations.

23. In answering paragraph 23 of the Complaint, Defendants deny the allegations in this paragraph.

24. In answering paragraph 24 of the Complaint, Defendants deny the allegations in this paragraph.

25. In answering paragraph 25 of the Complaint, Defendants deny the allegations in this paragraph.

26. In answering paragraph 26 of the Complaint, Defendants deny the allegations in this paragraph.

27. In answering paragraph 27 of the Complaint, Defendants deny the allegations in this paragraph.

28. In answering paragraph 28 of the Complaint, Defendants deny the allegations in this paragraph.

29. In answering paragraph 29 of the Complaint, Defendants deny the allegations in this paragraph.

///

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

1. The Complaint, and each purported cause of action alleged therein against Defendants fails to state facts sufficient to constitute a cause of action against Defendants.

## SECOND AFFIRMATIVE DEFENSE

(No Damages Sustained)

2. Plaintiff has not sustained any damages as a result of any of Defendants' actions alleged in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

(Unclean Hands)

3. The Complaint is barred by the doctrines of unclean hands and *in pari delicto*.

## FOURTH AFFIRMATIVE DEFENSE

(Laches)

4. The causes of action alleged in the Complaint are barred, in whole or in part, by the doctrines of laches.

## FIFTH AFFIRMATIVE DEFENSE

(Estoppel)

5. The Complaint is barred by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

(No Infringement)

6. Defendants' accused activities do not infringe or otherwise violate any valid rights for which Plaintiff is entitled to relief.

/ / /

/ / /

/ / /

**SEVENTH AFFIRMATIVE DEFENSE**

(Lawful Business practice)

7. Plaintiff cannot recover against Defendants on the claim alleged in the Complaint because Defendants have not engaged in any business practice that is forbidden by any statute, regulation, rule, policy, and/or common law.

**EIGHTH AFFIRMATIVE DEFENSE**

(No Malice)

8. Defendants allege that the actions complained of in the Complaint were made without malice or wrongful intent on the part of the Defendants and in reasonable and good faith belief of their legal right to perform any acts complained of, to the extent that Defendants did in fact perform any such acts, which is a matter to be determined.

**NINTH AFFIRMATIVE DEFENSE**

(No Copyright Protection)

9. Defendants are informed and believe, and on this basis assert, that Plaintiff's subject work is not subject to copyright protection.

**TENTH AFFIRMATIVE DEFENSE**

(Invalid Copyright)

10. Defendants are informed and believe, and on this basis assert, that Plaintiff's alleged copyright is invalid and/or unenforceable under current 17 U.S.C. §§ 1, *et seq.*

**ELEVENTH AFFIRMATIVE DEFENSE**

(No Copyright Act Violation)

11. Defendants are informed and believe, and on this basis assert that Plaintiff's claim is barred on the ground that Defendants' alleged use of the alleged copyrighted work does not amount to an infringement as recognized by the Copyright Act.

///

## RESERVATION OF RIGHTS TO ALLEGE ADDITIONAL AFFIRMATIVE DEFENSES

12. Defendants reserve their rights to allege additional affirmative defenses.

## PRAYER

WHEREFORE, Defendants pray that:

1. Plaintiff takes nothing by its Complaint herein;

2. Defendants be awarded their costs of the suit herein, including reasonable attorney's fees to the extent provided by law; and

3. Defendants be awarded such other and further relief as this Court deems just and proper.

DATED: August 3, 2020

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP


By: /s/ Edward E. Weiman
EDWARD E. WEIMAN
Attorneys for Defendants CHARLES BAND, FULL MOON EMPIRE, INC., FULL MOON FEATURES, FULL MOON DIRECT, and FULL MOON AMAZON CHANNEL

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Edward E. Weiman, attest that counsel for Plaintiff provided his authority and concurrence to file the instant document and place his electronic signature on the document set forth above.

DATED: August 3, 2020           WOLF, RIFKIN, SHAPIRO,
                                SCHULMAN & RABKIN, LLP


                                By:      /s/ Edward E. Weiman
                                       EDWARD E. WEIMAN
                                Attorneys for Defendants CHARLES BAND,
                                FULL MOON EMPIRE, INC., FULL MOON
                                FEATURES, FULL MOON DIRECT, and
                                FULL MOON AMAZON CHANNEL