EDWARD E. WEIMAN (State Bar No. 193290)
  eweiman@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Defendants CHARLES
BAND, FULL MOON EMPIRE, INC.,
FULL MOON FEATURES, FULL
MOON DIRECT, and FULL MOON
AMAZON CHANNEL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SCARED MOVIE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES BAND, FULL MOON EMPIRE, INC., FULL MOON FEATURES, FULL MOON DIRECT, FULL MOON AMAZON CHANNEL, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03984-AFM<br><br>Hon. Alexander F. MacKinnon<br><br>NOTICE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1<br><br><br>Date Filed:      April 30, 2020<br>Trial Date:     None |

1    Pursuant to Central District of California Local Rule 7.1-1, the undersigned

2    counsel of record for Defendants CHARLES BAND, FULL MOON EMPIRE,

3    INC., FULL MOON FEATURES, FULL MOON DIRECT, and FULL MOON

4    AMAZON CHANNEL certifies that the following listed parties may have a

5    pecuniary interest in the outcome of this case.  These representations are made to

6    enable the Court to evaluate possible disqualification or recusal.

7         The interested parties are as follows:

8         1.    Charles Band

9         2.    Full Moon Empire, Inc.[1]

10

11   DATED: August 3, 2020          WOLF, RIFKIN, SHAPIRO,
                                     SCHULMAN & RABKIN, LLP
12

13

14                                  By: _____/s/ Edward E. Weiman_____
                                         EDWARD E. WEIMAN
15                                  Attorneys for Defendants CHARLES BAND,
                                    FULL MOON EMPIRE, INC., FULL MOON
16                                  FEATURES, FULL MOON DIRECT, and
                                    FULL MOON AMAZON CHANNEL
17

18

19

20

21

22

23

24

25   _____

26   [1] The defendants erroneously sued as "Full Moon Features," "Full Moon
     Direct," and "Full Moon Amazon Channel" do not exist and, thus, have no
27   pecuniary interest in the outcome of this case.

28

**<u>FILER'S ATTESTATION</u>**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Edward E. Weiman, attest that counsel for Plaintiff provided his authority and concurrence to file the instant document and place his electronic signature on the document set forth above.


DATED: August 3, 2020               WOLF, RIFKIN, SHAPIRO,
                                    SCHULMAN & RABKIN, LLP



                                    By:  _____/s/ Edward E. Weiman_____
                                         EDWARD E. WEIMAN
                                    Attorneys for Defendants CHARLES BAND,
                                    FULL MOON EMPIRE, INC., FULL MOON
                                    FEATURES, FULL MOON DIRECT, and
                                    FULL MOON AMAZON CHANNEL